```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

**BRYAN PARSLEY,**

        Petitioner,

  vs.                                  Civil Action 2:11-CV-138
                                        Judge Marbley
                                        Magistrate Judge King

**WARDEN, NOBLE CORRECTIONAL INSTITUTION,**

        Respondent.


## ORDER

On February 3, 2012, the United States Magistrate Judge recommended that this habeas corpus action under 28 U.S.C. §2254 be dismissed. *Report and Recommendation,* Doc. No. 7. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation,* Doc. No. 7, is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

                                            s/Algenon L. Marbley
                                              Algenon L. Marbley
                                           United States District Judge