**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**BRYAN PARSLEY,**

        Petitioner,

  vs.                                                    Civil Action 2:11-CV-138
                                                            Judge Marbley
                                                           Magistrate Judge King

**WARDEN, NOBLE CORRECTIONAL INSTITUTION,**

        Respondent.

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that pursuant to the February 28, 2012 Order, the Court ADOPTED and AFFIRMED the Report and Recommendation.  This action was DISMISSED.

Date:  **February 28, 2012**                  **James Bonini, Clerk**

                                                                       s/Betty L. Clark
                                                                   Betty L. Clark/Deputy Clerk