# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**BRYAN PARSLEY,**

      Petitioner,

  vs.                                  Civil Action 2:11-CV-138
                                                      Judge Marbley
                                                      Magistrate Judge King

**WARDEN, NOBLE CORRECTIONAL INSTITUTION,**

      Respondent.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the February 28, 2012 Order, the Court ADOPTED and AFFIRMED the Report and Recommendation. This action was DISMISSED.

Date: **February 28, 2012**                    **James Bonini, Clerk**

                                                          s/Betty L. Clark
                                                          Betty L. Clark/Deputy Clerk